No. 72–6900. DOE *v.* PLANNED PARENTHOOD ASSOCIATION OF UTAH. Appeal from Sup. Ct. Utah dismissed for want of jurisdiction. Treating the papers whereon

the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.